**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 30, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00051-CV

### SAN JACINTO RIVER AUTHORITY, Appellant

### V.

### KYLE BAUER, MONICA BAUER, CHRIS GAMBLE, THEODORE MARULES, STEVIE MARULES, SIEVE MURAWSKI, JANET MURAWSKI, ROBERT TANNEHILL, ALBERT VASQUEZ, AND JUANITA VASQUEZ, Appellees

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2017-68069**

### MEMORANDUM  OPINION

This is an appeal from a judgment signed January 22, 2018. On January 24, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.